# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

HOWARD LEE GORRELL,

*Plaintiff*

v.

SUNNYSIDE SCHOOL DISTRICT,

*Defendant*

Civil Action No.  CV-13-3092-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to 28 U.S.C. §1915(e)(2)(B), the pro se Plaintiff's First Amended Complaint is DISMISSED for failure to state a claim upon which relief can be granted and the captioned action is hereby DISMISSED with prejudice. All pending motions are DISMISSED as moot. Pursuant to 28 U.S.C. §1915(a)(3), it is hereby CERTIFIED that any appeal from this Order Of Dismissal to the Ninth Circuit Court of Appeals is not taken in good faith. IT IS SO ORDERED. The District Executive shall enter judgment accordingly.  File closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  October 15, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy